# CIVIL COVER SHEET  19 CV 8159

1. (a) Robert W. Johnson
   (b) Bronx County
   (c) 3345 Fish Ave.: APT. 1 : Bronx, NY 10469

2019 AUG 30 PM 12:30
S.D. OF N.Y.

Defendants: Kathleen Leonard (Individual & Official Capacity), Buffalo Police Department, The State of New York, Buffalo City Court; County of Erie, Judge Patricia Maxwell, Judge Penny Wolfgang, Erika L. Webb, Clair Anthony Montroy, III, Thomas P. Amodeo, City Court of Buffalo: Small/Comm. Claims Part, Jane Doe Officer, 911 Operator Jane Doe, Witness At "SC-00310-17/BU: Jane Doe, Witness At "SC-00-310-17/BU: John Doe, Margaret L. Chinni, Clair Montroy, III, ESQ.

2. Basis of Jurisdiction:
   28 U.S.C §1331 : Federal Question.

(1)

2A. Basis of Federal Jurisdiction: Crimes, Abuse of Authority, U.S. Constitutional Violations, Discriminations, Civil Rights Crimes, Judge Indiscretions To Default Defendants, Landlord Violations And Crimes, Government Neglect In Active Subjects, Officer Violations, Denial of Plaintiff's Well-Being, Human Rights Violations, Judicial Misconduct, Judge's Bad Faith, Conflict of Interests.

3. Statement of Claims: Plaintiff signed & paid $140 Receipt No. 724562 on 02/01/17 to rent Defendant Kathleen Leonard apartment. Days later Defendant Kathleen Leonard called Plaintiff directing Plaintiff to move or Buffalo Police would be called. Plaintiff removed belongings from Defendant Kathleen Leonard owned apartment and Defendant Kathleen Leonard & Witness At "SC-00310-17/BU: John Doe" approached Plaintiffs vehicle with a rifle.

②

3. Plaintiff called 911 and was neglected by responding police and 911 operator. Plaintiff filed Police Report of matters and subsequently filed a Small Claims Docket: SC-310-17/BU. Plaintiff was denied Plaintiff's Due Process Rights, Civil Rights & U.S. Constitutional Rights in matters. Plaintiff reserves rights for criminal prosecution for matters involving parties.

Original Proceedings from Human Rights Violations, U.S. Constitutional Violations, Civil Rights Violations, Judicial Bias Decisions, Crimes, Abuse of Authority, Landlord Crimes, Government Neglect to Active Matters, Bad Faith, Denial of Wrongdoing.

Jury Demand: Yes.
Basis of Jurisdiction For Jury Demand 28 U.S.C § 1331: Federal Question.

③

**RECEIPT**  No. 724562

upper

DATE 2/1/17
FROM Robert Johnson   $1400.00
Fourteen hundred — DOLLARS

○ FOR RENT
○ FOR

| ACCT. | | ○ CASH | | |
|---|---|---|---|---|
| PAID | | ○ CHECK | FROM 2/1 | TO 3/1 |
| DUE | | ○ MONEY ORDER | | |
| | | ○ CREDIT CARD | BY Kathy | A-1152 T-4161 |

Buffalo City Court
Buffalo City Court Building
50 Delaware Avenue
Buffalo, NY 14202

## Small/Commercial Claims Docket Sheet

Index No: SC-000310-17/BU

| Plaintiff: | Defendant: |
|---|---|
| Robert W Johnson, at 65 Sidney Street, Buffalo, NY 14211 | Kathleen Leonard, at 212 Smith Street, Buffalo, NY 14204 |

| CLAIM INFORMATION | COUNTERCLAIM INFORMATION |
|---|---|
| Return of Security<br>Date of incident 03/03/17 to Present  Plaintiff is suing Defendant for the return of money he paid for 212 Smith Street, Buffalo, NY; he was wrongfully evicted before he moved into apartment and Defendant has failed to refund the money paid.<br>TOTAL: $5,000.00 | |

| PLAINTIFF ATTORNEY | DEFENDANT ATTORNEY |
|---|---|
|  |  |

I hereby affirm that the above is true to the best of my knowledge.

Clerk: _____   Signature of Plaintiff: _____

### Award

___ In Favor of Plaintiff                                    ___ In Favor of Defendant

Award Amount: _____          Award Amount: _____
Costs: _____                  Costs: _____
Total Award: _____            Total Award: _____

After Trial: _____             After Trial: _____
By Default: _____              By Default: _____
Collect Once Only _____        Collect Once Only _____
Dismiss No Cause _____         Dismiss Counterclaim _____
Dismiss No Appearance of Plaintiff _____   Withdrawn _____
Settled: _____

Date, Time & Part:       Notes: (Please note outcome and sign after each hearing/trial.)
04/11/2017 Part 15, 9:15 am session

7th Floor

Signature of Judge or Hearing Officer



Buffalo City Court
Buffalo City Court Building
50 Delaware Avenue
Buffalo, NY 14202

Phone: (716) 845-2654 ext:    Fax: (716) 845-7571
WEB Site: www.nycourts.gov/courts/8jd/Erie/buffalo.shtml
Hours: Monday-Friday 9:00 am - 5:00 pm

Thomas P. Amodeo                                                Erika L. Webb
Chief City Court Judge                                          Chief Clerk

---

## NOTICE

May 5, 2017

Robert W Johnson
65 Sidney Street
Buffalo, NY 14211

Robert W Johnson
         -against-
Kathleen Leonard

Index No: SC-000310-17/BU                Calendar No:

**PLEASE TAKE NOTICE** that your Small Claim case has been adjourned to June 13, 2017 at 9:15 AM in Part 15, 7th Floor.

You must appear and bring this notice with you. Should you have any questions, please call the Small Claim office at 845-2678 or 845-2663.

                                              Erika L. Webb
                                              Chief Clerk

CC:    Clair Anthony Montroy III

Nature of Suit: Civil Rights; 440 Other Civil Rights.

4. Relief Sought: 100% Ownership of Defendants' Assets & Corporations; $700 Trillion Dollars In Punitive Damages; $100 Billion For Future Punitive Damages; Federal Charges Filed Against Defendants; Federal Prosecutions & Fines; All other relief Deemed Just & Proper; RICO ACT.

August 23, 2019

Robert W. Johnson
Robert W. Johnson
3345 FISH AVE.
APT. 1
BRONX, NY 10469

# CERTIFICATE OF INTEREST

I, Robert W. Johnson, the Plaintiff, on August 23, 2019 served Civil/IFP Motion, Cover Sheet & Complaint upon the following:

1. Court Clerk: U.S. Courthouse
   500 Pearl St.
   New York, NY 10007

August 23, 2019

Robert W. Johnson
Robert W. Johnson
3345 Fish Ave.
APT. 1
BRONX, NY 10469

J. JOHNSON
FISH AVE.
NY 10469



COURT CLERK
U.S. COURTHOUSE
500 PEARL ST.
NEW YORK, NY 10007

Pro Se
Intake